JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Roderick Cuervo, et al, | EDCV 17-1470JVS(AGRx) |
| Plaintiff, | ORDER OF DISMISSAL UPON |
| v. | SETTLEMENT OF CASE |
| United States of America, | |
| Defendant(s). | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: August 23, 2019

_____

James V. Selna
United States District Judge